

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-463-CV

CITIMORTGAGE, INC.                                        APPELLANT

V.

MANSFIELD INDEPENDENT SCHOOL                             APPELLEES
DISTRICT, CITY OF MANSFIELD, AND
TARRANT COUNTY, TEXAS

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Unopposed Motion To Dismiss Appeal."
It is the court's opinion that the motion should be granted; therefore, we
dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution
issue.  *See* Tex. R. App. P. 43.4.


PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

---

[1] *See* Tex. R. App. P. 47.4.

DELIVERED:  December 18, 2008